1   Elizabeth M. Pappy (SBN 157069)
    E-mail: epappy@bwslaw.com
2   Michael Y. Hsueh (SBN 286548)
    E-mail: mhsueh@bwslaw.com
3   BURKE, WILLIAMS & SORENSEN, LLP
    60 South Market Street, Suite 1000
4   San Jose, California  95113-2336
    Tel:  408.606.6300  Fax:  408.606.6333
5
6   Attorneys for Defendants
    Campbell Plaza Development Co. and Myngoc Thi
7   Nguyen dba Gus's Deli

8   Irene Karbelashvili (SBN232223)
    E-mail:  Irene@allaccesslawgroup.com
9   Irkali Karbelashvili (SBN302971)
    Email:  Irakli@allaccesslawgroup.com
10  ALLACCESS LAW GROUP
    1400 Coleman Avenue, Ste. F28
11  Santa Clara, CA  95050
    Tel: 408.295.0137  Fax: 408.295.0142
12
    Attorneys for Plaintiff
13  Debra Volle

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  DEBRA VOLLE,                         Case No.  5:19-cv-04367-NC

19              Plaintiff,               **STIPULATION AND REQUEST TO
                                         FORGO IN PERSON SETTLEMENT
20  v.                                   MEETING AND CONTINUE DEADLINE
                                         TO AMEND PLEADINGS**
21  MYNGOC THI NGUYEN, AN
    INDIVIDUAL, DBA GUS'S DELI;
22  CAMPBELL PLAZA DEVELOPMENT
    CO., L.P., et.al.
23
              Defendants.
24

25

26

27          Plaintiff, DEBRA VOLLE ("Plaintiff"), and Defendants MYNGOC THI NGUYEN dba

28  GUS'S DELI and CAMPBELL PLAZA DEVELOPMENT ("Defendants") seek relief from the

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE
                              - 1 -      STIPULATION RE: IN PERSON
                                         SETTLEMENT AND DEADLINE TO AMEND

1   Court to waive the in person settlement meeting and extend the deadline for Plaintiff to seek leave

2   to amend the Complaint. The request is based upon the following agreement of the Parties:

3       1.      The parties participated in a Joint Inspection of the property on December 17,

4   2019. Plaintiff chose not to engage in an in person settlement discussion on December 17th

5   regarding issues for remediation but rather opted to wait for a written report from Plaintiff's

6   inspector.

7       2.      The report was prepared and forwarded to counsel for Defendants on January 23,

8   2020.

9       3.      Plaintiff and Defendants entered into an agreement resolving remediation issues on

10  January 28, 2020. The only issue remaining is resolution of Plaintiff's financial demand. The

11  parties have exchanged communications about the demand and Defendants are awaiting provision

12  of the information required in General Order 56, Subsection 5.b.

13      4.      The parties would like to avoid unnecessary expense while they attempt resolution

14  of the entire matter. Plaintiff's deadline to seek relief to file an amended pleading is February 12,

15  2020.

16      5.      The parties agree to extend the deadline for Plaintiff to seek leave to amend her

17  complaint up to and including June 30, 2020 with Court permission.

18      6.      If the parties are unsuccessful in resolving the matter directly, Plaintiff shall file a

19  Notice of Need for Mediation and Certification of Counsel by March 30, 2020.

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

- 2 -

STIPULATION RE: IN PERSON
SETTLEMENT AND DEADLINE TO
AMEND

1    Based upon the foregoing, the Parties respectfully request that the Court waive the

2 requirement that they participate in an in person meeting pursuant to General Order 56,

3 Subsection 8, extend Plaintiff's deadline to seek leave to amend her complaint, and set March 30,

4 2020 as the deadline for Plaintiff to file a Notice of Need for Mediation and Certification of

5 Counsel.

6 Dated:  February 11, 2020                    ALLACCESS LAW GROUP

7

8

9                                              By:__/s/ Irene Karbelashvili_____
                                                  Irene Karbelashvili
10                                                 Attorneys for Plaintiff Debra Volle

11

12 Dated:  February 11, 2020                    BURKE, WILLIAMS & SORENSEN, LLP

13

14

15                                             By:____/s/  Elizabeth Pappy_____
                                                  Elizabeth M. Pappy
                                                  Attorneys for Defendants Campbell Plaza
16                                                Development Co. and Myngoc Thi Nguyen
                                                  dba Gus's Deli
17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SAN JOSE

- 3 -

STIPULATION RE: IN PERSON
SETTLEMENT AND DEADLINE TO
AMEND